IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

AUTO-OWNERS INSURANCE COMPANY,  *
                                *
        Plaintiff,              *
                                *
        v.                      *
                                *
BENTLEY DEVORE; GUY DEVORE;     *
and DANIEL SHEA and MARTINE     *       CV 121-075
SHEA, as Parents and Next       *
Friends of MORGAN JEAN-MARIE    *
SHEA, and as Joint Co-          *
Administrators of the ESTATE    *
OF MORGAN JEAN-MARIE SHEA,      *
                                *
        Defendants.             *

**O R D E R**

Before the Court is David E. Hudson's motion to withdraw as counsel.  (Doc. 35.)  Mr. Hudson avers he gave notice to his clients on December 9, 2021 and they have consented to his withdrawal.  (Doc. 35-1.)  The motion complies with the requirements of the Local Rules. See L.R. 83.7, SDGa.  Therefore, the Court **GRANTS** Mr. Hudson's motion.  (Doc. 35.)  The Clerk is **DIRECTED** to **TERMINATE** David E. Hudson as counsel of record for Defendants Daniel Shea and Martine Shea.

**ORDER ENTERED** at Augusta, Georgia, this _12th_ day of January, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA