IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BENTLEY DEVORE, GUY DEVORE, and DANIEL AND MARTINE SHEA, as parents and next friends of MORGAN JEAN-MARIE SHEA, and as joint co-administrators of the ESTATE OF MORGAN JEAN-MARIE SHEA,<br><br>    Defendants. | Civil Action<br>File No. 1:21-cv-00075-JRH-BKE |

## **MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL**

COMES NOW M. Brandon Howard, Co-Counsel for Plaintiffs in the above-styled action, and files this Motion for Leave to Withdraw as Co-Counsel stating as follows:

1.

M. Brandon Howard has accepted a position with Swift, Currie, McGhee & Hiers, LLP and is no longer employed at Kendall | Mandell, LLC.

2.

Michael C. Kendall of Kendall | Mandell, LLC will remain as Lead Counsel for Plaintiffs in this case.

3.

In accordance with LR 83.7, Mr. Howard provided Plaintiff with written notice of his pending departure from Kendall | Mandell, LLC and intent to withdraw from this case on June 8, 2022. A copy of that letter is attached here to as **Exhibit A.**

4.

Plaintiff consents to this Motion.

**WHEREFORE**, M. Brandon Howard respectfully requests that this Court grant his Motion for Leave to Withdraw as Co-Counsel for Plaintiff in this action. Michael C. Kendall and Michael C. Kendall, II of Kendall | Mandell, LLC, will remain as Counsel for Plaintiff. Plaintiff respectfully requests the Court to adjust its records accordingly.

This 22nd day of June, 2022.

                                                Respectfully submitted,

                                                KENDALL | MANDELL, LLC

                                                /s/ M. Brandon Howard
                                                Michael C. Kendall
                                                Georgia Bar No. 414030
                                                Michael C. Kendall, II
                                                Georgia Bar No. 510402
                                                M. Brandon Howard
                                                Georgia Bar No. 550524
                                                *Attorneys for Auto-Owners Ins. Co.*

3152 Golf Ridge Blvd., Ste. 201
Douglasville, Georgia 30135
Telephone:   (770) 577-3559
Facsimile:    (770) 577-8113
mckendall@kendallmandell.com
michaelkendall@kendallmandell.com
mbhoward@kendallmandell.com.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BENTLEY DEVORE, GUY DEVORE, and DANIEL AND MARTINE SHEA, as parents and next friends of MORGAN JEAN-MARIE SHEA, and as joint co-administrators of the ESTATE OF MORGAN JEAN-MARIE SHEA,<br><br>    Defendants. | Civil Action<br>File No. 1:21-cv-00075-JRH-BKE |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

Daniel Shea, *pro se*
Martine Shea, *pro se*
353 Weatherstone Lane
Marietta, Georgia 30068

N. Staten Bitting, Jr., Esq.
Mary Elizabeth Watkins, Esq.
LEVY, SIBLEY, FOREMAN
& SPEIR, LLC
3730 Executive Center Dr., Ste. B
Augusta, Georgia 30907

This 22nd day of June, 2022.

                                                /s/ M. Brandon Howard
                                                M. Brandon Howard