# EXHIBIT A

# KENDALL | MANDELL, LLC

ATTORNEYS AT LAW
3152 Golf Ridge Boulevard, Suite 201
Douglasville, Georgia 30135
Telephone: (770) 577-3559
Facsimile:   (770) 577-8113

Michael C. Kendall
Samantha R. Mandell
Rachel E. Sullivan
D. Scott Mercer
Michael C. Kendall, II
Sylvia H. Cobb
John Christian Kendall
Nicholas B. Tuz

Writer's Extension: 225
E-mail: mckendall@kendallmandell.com

June 8, 2022

**VIA U.S. Mail and E-MAIL**

Ms. Tara Woods
Auto-Owners Insurance Company
P. O. Box 839
Lithonia, Georgia 30058-0839

   Re: Auto-Owners Insurance Company v. Bentley Devore, et al.
      U. S. District Court, Southern District of Georgia – Augusta Division
      Civil Action No. 1:21-cv-00075-JRH-BKE

Dear Tara:

  As you know, M. Brandon Howard's last day of employment with Kendall Mandell, LLC was April 29, 2022. In accordance with Southern District of Georgia Local Rule 83.7, I am providing you with notice of intent to withdraw M. Brandon Howard as counsel for Auto-Owners Insurance Company in the above-referenced declaratory judgment action.

  I will continue to represent Auto-Owners as lead counsel, and Michael C. Kendall, II will be co-counsel in this case.

  If you have any questions, please do not hesitate to contact me.

          Very truly yours,

          KENDALL | MANDELL, LLC

          */s/ Michael C. Kendall*

          Michael C. Kendall

MCK/sl