IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BENTLEY DEVORE, GUY DEVORE, and DANIEL AND MARTINE SHEA, as parents and next friends of MORGAN JEAN-MARIE SHEA, and as joint co-administrators of the ESTATE OF MORGAN JEAN-MARIE SHEA, <br><br> Defendants. | Civil Action <br> File No. 1:21-cv-00075-JRH-BKE |

## **ORDER**

Having come before the Court on Plaintiff's Motion for Leave to Withdraw as Co-Counsel filed on behalf of M. Brandon Howard, the Court having read and considered the same, and good cause being shown,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Withdraw as Co-Counsel filed on behalf of M. Brandon Howard be GRANTED. Michael C. Kendall and Michael C. Kendall, II of Kendall | Mandell, LLC will remain as Counsel for Plaintiff in this action.

SO ORDERED this \_\_\_\_ day of _____, 2022.

_____
J. Randal Hall, Chief Judge
U.S. District Court, Southern District of Georgia