IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BENTLEY DEVORE, GUY DEVORE, and DANIEL AND MARTINE SHEA, as parents and next friends of MORGAN JEAN-MARIE SHEA, and as joint co-administrators of the ESTATE OF MORGAN JEAN-MARIE SHEA,<br><br>    Defendants. | Civil Action<br>File No. 1:21-cv-00075-JRH-BKE |

## AFFIDAVIT OF K.J. WARNER

I, K.J. Warner, personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, who after first being duly sworn, deposes and states as follows:

1.

My name is K.J. Warner. I am over the age of eighteen (18) years and have no disability which will make me incompetent to testify.

2.

I have personal knowledge of the facts set forth in this Affidavit.

3.

On July 18, 2020, I was employed as a Deputy with the Columbia County Sheriff's Office and was responsible for personally investigating an accident involving Morgan Shea and Bentley Devore which occurred on that date (the "Accident").

4.

I have personal knowledge of the law enforcement investigation of the Accident because I was the officer who responded to the scene of the Accident, investigated it, and drafted the Georgia Motor Vehicle Crash Report.

5.

A true and accurate copy of the Georgia Motor Vehicle Crash Report regarding the Accident is attached hereto as **Exhibit "A"**.

6.

Upon arrival at the scene of the Accident and throughout the course of my investigation, I personally witnessed and inspected the vehicle involved in the Accident, which I was able to identify as a 2016 Can-Am 6WHA, with VIN: 3JBUGAN4XHK000903, owned by Bentley Devore. I was able to identify this vehicle by markings located on it.

7.

Upon arrival at the scene of the Accident and throughout the course of my investigation, I personally witnessed that this Accident occurred on Morris Callaway Road, approximately .5 miles from White Oak Road. I was able to determine this location based on physical evidence at the scene of the Accident, including markings and the final resting place of the Can-Am vehicle.

8.

Upon arrival at the scene of the Accident and throughout the course of my investigation, I personally witnessed and observed that this Accident occurred on a public road, not on private property.

9.

Upon arrival at the scene of the Accident and throughout the course of my investigation, I personally witnessed and inspected the vehicle involved in the Accident, the 2016 Can-Am 6WHA, with VIN: 3JBUGAN4XHK000903, and I was able to identify this vehicle as a motorized land vehicle designed for work and recreational use but not designed for travel on public roads.

FURTHER AFFIANT SAYETH NOT.

_____ #91979
K.J. Warner

SWORN TO AND SUBSCRIBED Before
Me This 26TH Day of August, 2022.

_____
Notary Public

My Commission Expires:

01-17-26

# EXHIBIT A

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec By GDOT |
|---|---|---|---|
| 20010988 | GA0360000 | COLUMBIA | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number Of: | | | Inside City Of: |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 07/18/2020 | 21:51 | 07/18/2020 | 21:51 | 07/18/2020 | 21:56 | 1 | 1 | 1 | |

Road of Occurrence: **MORRIS CALLAWAY RD**     At its Intersection With: _____

Not At Its Intersection But: **.5** ☒ Miles ☐ Feet   1 ☐ North  2 ☒ South  3 ☐ East  4 ☐ West   Of: **WHITE OAK RD**

☐ Corrected Report
☒ Suppl. To Original
☐ Hit and Run?

Latitude (Y): **+33.31343**    Longitude (X): **-82.11284**

## Unit # 1
- ☒ Driver ☐ Ped ☐ Bike
- ☒ Susp At Fault
- LAST NAME: **DEVORE**, FIRST: **BENTLEY**, MIDDLE: **JOSEPH**
- Address: **2374 MORRIS CALLAWAY RD**
- City: **APPLING**, State: **GA**, Zip: **30802-**
- DOB: /2000
- Driver's License No.: **059730439**, Class: **C**, State: **GA**, Country: **US**
- Insurance Co.: **NONE**
- Telephone No.: **(706) 910-3463**
- Year: **2016**, Make: ___, Model: **CAN-AM 6WHA**
- VIN: **3JBUGAN4XHK000903**, Vehicle Color: **GRN**
- Tag #: **NONE**
- ☒ Same as Driver — Owner: **DEVORE, BENTLEY JOSEPH**
- Address: **2374 MORRIS CALLAWAY RD**, City: **APPLING**, State: **GA**, Zip: **30802-**
- Removed By: **REEVES WRECKER SERVICE**   ☒ List
- Alcohol Test: **3**, Drug Test: **2**
- First Harmful Event: **01**, Most Harmful Event: **01**, Operator/Ped Cond: **4**
- Operator Contributing Factors: **02  07  10**
- Vehicle Contributing Factors: **1**, Roadway Contributing Factors: **1**
- Direction of Travel: **2**, Vehicle Maneuver: **05**
- Vehicle Class: **1**, Vehicle Type: **21**, Vision Obscured: **1**
- Number of Occupants: **2**, Area of Initial Contact: **00**, Damage to Veh: **4**
- Traffic-Way Flow: **1**, Road Comp: **2**, Road Character: **1**
- Number of Lanes: **2**, Posted Speed: **35**, Work Zone: **0**
- Traffic Ctrl: **07**, Device Inoperative? ☒ No

### Citation Information:
- Citation # **274406**  O.C.G.A. § **40-6-48**
- Citation # **274407**  O.C.G.A. § **40-6-391(A)(1**
- Citation # **274408**  O.C.G.A. § **40-6-253**

## COMMERCIAL MOTOR VEHICLES ONLY
(blank)

## COLLISION FIELDS

| Manner of Collision: | 6 | Location at Area of Impact: | 1 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 5 |

## NARRATIVE

VEHICLE 1 WAS TRAVELING SOUTH ON MORRIS CALLOWAY RD. INVESTIGATION REVEALED THAT FOR UNKNOWN REASONS VEHICLE 1 EXITED THE ROADWAY ONTO THE WEST SHOULDER OF MORRIS CALLOWAY RD. THE DRIVER OF VEHICLE 1 OVERCORRECTED CAUSING VEHICLE 1 TO SPIN IN A COUNTER CLOCK WISE DIRECTION AND ENTER BACK ONTO THE ROADWAY. THE DRIVER OF VEHICLE 1 TRIED TO COUNTER STEER CAUSING VEHICLE 1 TO SPIN IN A CLOCK WISE DIRECTION AND OVERTURN. WHILE VEHICLE 1 WAS OVERTURNING THE DRIVER AND PASSENGER WERE EJECTED FROM THE VEHICLE BEFORE IT CAME TO FINAL REST POSITION FACING NORTH ON MORRIS CALLOWAY RD ON THE DRIVERS SIDE. THE DRIVER OF VEHICLE 1 IS AT FAULT.

NOTE: THE MAKE OF VEHICLE 1 IS A CAN-AM. IT IS A TWO SEAT MOTORIZED UTILITY VEHICLE.

* * Continued * *

## DIAGRAM

[Diagram showing vehicle path on Morris Calloway Rd with driveway to 2153 Morris Calloway Dr, indicating North]

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | NONE | Owner: | |

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| NONE CAME FORWARD, | | | | | |

## OCCUPANT INFORMATION

**1.** Name (Last, First): DEVORE, BENTLEY JOSEPH  Address: 2374 MORRIS CALLAWAY RD, APPLING,, GA, 30802-
Age: 20 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 0 | Ejected: 3 | Extricated: 2 | Air Bag: 0 | Injury: 3 | Taken for Treatment: 2
Injured Taken To: NONE TRANSPORTED | By: | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only):

**2.** Name (Last, First): SHEA, MORGAN JEAN-MARIE  Address: 353 WEATHERSTONE LN, MARIETTA,, GA, 30068-
Age: 20 | Sex: F | Unit #: 1 | Position: 3 | Safety Eq: 3 | Ejected: 3 | Extricated: 2 | Air Bag: 0 | Injury: 1 | Taken for Treatment: 1
Injured Taken To: DOCTORS HOSPITAL | By: GOLD CROSS EMS | EMS Notified Time: 2153 | EMS Arrival Time: 2203 | Hospital Arrival Time: 2239

**3.** Name (Last, First):  Address:
Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment:
Injured Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

**4.** Name (Last, First):  Address:
Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment:
Injured Taken To: | By: | EMS Notified Time: | EMS Arrival Time: | Hospital Arrival Time:

## ADMINISTRATIVE

| Photos Taken: ☒ Yes ☐ No | By: INV. BAO | Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963. |

| Report By: WARNER, K. J. | Agency: COLUMBIA COUNTY | Report Date: 07/19/2020 | Checked By: MOBLEY, J. | Date Checked: 07/19/2020 |

## SUPPLEMENT
### GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number: | Estimated Crash Date: | Officer Name: |
|---|---|---|
| 20010988 | 07/18/2020 | WARNER, K. J. |

**NARRATIVE CONTINUED**

---

### ADDITIONAL CITATION INFORMATION

Unit # __1__:

| Citation # | O.C.G.A. § |
|---|---|
| 274409 | 40-5-121 |
| 274410 | 40-6-390 |
| | 40-6-393(A) |
| | |
| | |
| | |
| | |

Unit # ____:

| Citation # | O.C.G.A. § |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

---

### ADDITIONAL OCCUPANT INFORMATION

| Name (Last, First): | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

| Name (Last, First): | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

| Name (Last, First): | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

| Name (Last, First): | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

| Name (Last, First): | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit # | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | | Hospital Arrival Time (Fatality Only): | |

**SUPPLEMENT**
**GEORGIA MOTOR VEHICLE CRASH REPORT**

| Agency Case Number: | Estimated Crash Date: | Officer Name: |
|---|---|---|
| 20010988 | 07/18/2020 | WARNER, K. J. |

**NARRATIVE CONTINUED**

NOTE: ON 071920, MORGAN SHEA WAS PRONOUNCED DECEASED FROM HER INJURIES BY DR. FOX OF AUGUSTA UNIVERSITY MEDICAL COLLEGE.

NOTE: ON 071920 A WARRANT WAS ISSUED AGAINST BENTLEY DEVORE FOR HOMICIDE BY VEHICLE (1ST DEGREE) BY JUDGE QUESENBERRY.

\*\* E N D \*\*

**ADDITIONAL CITATION INFORMATION**

Unit # ____:
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____

Unit # ____:
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____

**ADDITIONAL OCCUPANT INFORMATION**

| Name (Last, First): | Address: |
|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | By: | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only): |

(Occupant information block repeated 5 times, all fields blank)

Diagram Not To Scale.

Labels: DRIVEWAY TO 2153 MORRIS CALLAWAY DR; MORRIS CALLAWAY RD; PASSENGER VEHICLE 2; DRIVER VEHICLE 1.



**COLUMBIA COUNTY SHERIFF'S OFFICE**
Clay N. Whittle, Sheriff
**2273 COUNTY CAMP ROAD
POST OFFICE BOX 310
APPLING, GEORGIA 30802-0310**

SHERIFF'S OFFICE
(706) 541-1043

COMPUTER ORI
GA 0360000

FAX: (706) 541-1740

## STATEMENT

× DATE: 1/19/20   × TIME: 1831   × LOCATION: _____

Everyone was at the house and Morgan and Bentley left (Bentley was driving), about 10-15 min later, maybe 20-30 min there was an accident

**16-10-20. False statements, concealment of facts, fraudulent writings, etc., in matters within jurisdiction of state or political subdivisions.**

A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government of any county, city, or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both. (Code 1933, § 26-2408, enacted by Ga. L. 1976, p. 483, § 1; Ga. L. 1979, p.1068, § 1; Ga. L. 1982, p. 3, § 16.)

I have either read or had read to me, the above section of the law concerning the concealment of facts, giving false information, or making a false or fictitious statement to the officers now conducting this investigation.

I understand that a knowing or willful violation of this law can and may result in a legal action or prosecution being taken against me and that I may be jailed or fined or both, according to the law.

| × Signature: | × Print Name: Hanna M. Hall |
| --- | --- |
| × Address: 529 Pershing Drive North Augusta SC 29841 | |
| × DOB: 1998 | × Hm#: 8032935360 | Wk#: |
| Witness: K Warner #91979 | |
| State & DL#: SC, 103434010 | Case#: 20-01098 | Page 1 of 1 |

CCSO P-2



**COLUMBIA COUNTY SHERIFF'S OFFICE**
*Clay N. Whittle, Sheriff*
**2273 COUNTY CAMP ROAD**
**POST OFFICE BOX 310**
**APPLING, GEORGIA 30802-0310**

SHERIFF'S OFFICE (706) 541-1043

COMPUTER ORI GA 0360000

FAX: (706) 541-1740

A

## STATEMENT

× DATE: 7-28-20  × TIME: 9:24 PM × LOCATION: _____

Myself, Ryan, Brock, Hannah & Her friend were In the Garage when Bentley and morgan took off on the Side by Side. Bentley was driving and morgan was in the Passenger Seat. I'm not sure where Garrett was but I know he was not on the Side by Side.

**16-10-20. False statements, concealment of facts, fraudulent writings, etc., in matters within jurisdiction of state or political subdivisions.**

A person who knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes a false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or document, knowing the same to contain any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of state government of any county, city, or other political subdivision of this state shall, upon conviction thereof, be punished by a fine of not more than $1,000.00 or by imprisonment for not less than one nor more than five years, or both. (Code 1933, § 26-2408, enacted by Ga. L. 1976, p. 483, § 1; Ga. L. 1979, p.1068, § 1; Ga. L. 1982, p. 3, § 16.)

I have either read or had read to me, the above section of the law concerning the concealment of facts, giving false information, or making a false or fictitious statement to the officers now conducting this investigation.

I understand that a knowing or willful violation of this law can and may result in a legal action or prosecution being taken against me and that I may be jailed or fined or both, according to the law.

| | | |
|---|---|---|
| × Signature: *[signed]* | × Print Name: | |
| × Address: 6706 ridge rd Appling, GA 30802 | | |
| × DOB: 1999 | × Hm#: 706-945-2508 | Wk#: |
| Witness: K Weaver #91979 | | |
| State & DL#: | Case#: 20-010988 | Page 1 of 1 |

CCSO P-2