IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | \* |
| Plaintiff, | \* |
| v. | \*   CV 121-075 |
| BENTLEY DEVORE; GUY DEVORE; and DANIEL SHEA and MARTINE SHEA, as Parents and Next Friends of MORGAN JEAN-MARIE SHEA, and as Joint Co-Administrators of the ESTATE OF MORGAN JEAN-MARIE SHEA, | \* |
| Defendants. | \* |

O R D E R

Before the Court is the Parties' second renewed joint stipulation of dismissal without prejudice. (Doc. 77.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of May, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA